UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:07CV-499-S

TYRONE PORTER                                                                                    PLAINTIFF

v.

WAL-MART                                                                                         DEFENDANT

## MEMORANDUM OPINION

Plaintiff initiated this civil action on September 21, 2007, alleging employment discrimination by Defendant Wal-Mart. By Order entered October 17, 2007, the Court directed service on Defendant by the U.S. Marshals Service. There has been no activity in this case since that date.

Upon filing the instant action, Plaintiff assumed the responsibility to actively litigate his claims. Federal Rule of Civil Procedure 41(b) permits the Court to dismiss the action "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." Further, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss the case by separate Order.

Date:

cc:     Plaintiff, *pro se*
        Defendant
4411.010